**KPV Pennsylvania LLC**
KPV Pennsylvania LLC
555 S Columbus Avenue Ste 203
Mount Vernon, NY  10550
(914) 664-4255

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 72257 | XXX-XX-0853 | 100 | | Salary |

**BRANDY  ROHRBAUGH**
42 Camp Ground Road
Dillsburg, PA  17019

Pay Period:  From: 02/04/2024 To: 02/17/2024
Pay Date:  02/22/2024          Voucher No.   20392

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Salary | MGR | 2,010.00 | | 2,010.00 | | 6,835.00 |
| **Total Gross Pay** | | | 0.00 | **$2,010.00** | 0.00 | **$9,681.75** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 116.89 | 569.58 |
| Medicare | | | 27.34 | 133.21 |
| Federal | Single - 0 | | 149.94 | 928.43 |
| PA State | Single - 0 | | 57.88 | 282.05 |
| Dillsburg Boro | Single - 0 | | 23.57 | 114.84 |
| PA SUI EE | | | 1.41 | 6.78 |
| Dillsburg B LST | Standard - 0 | | 2.00 | 8.00 |
| **Total Taxes** | | | **379.03** | **2,042.89** |

| Deductions | Type | Amount | Year-To-Date |
|---|---|---|---|
| | Dental Pretax | 5.73 | 23.10 |
| | Med Pretax | 116.29 | 461.04 |
| | Tax Levy | 7.32 | 37.32 |
| | Vision Pretax | 2.59 | 10.58 |
| | **Total Deductions** | **131.93** | **532.04** |

**Net Pay**                                                $1,499.04

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2241 | XXXXXXXXXX4272 | 1,499.04 |
| | **Total Direct Deposit** | | **$1,499.04** |

**Important Notes**



THIS IS NOT A CHECK

**KPV Pennsylvania LLC**
KPV Pennsylvania LLC
555 S Columbus Avenue Ste 203
Mount Vernon, NY  10550
(914) 664-4255

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 72257 | XXX-XX-0853 | 100 | | Salary |

**BRANDY  ROHRBAUGH**
42 Camp Ground Road
Dillsburg, PA  17019

Pay Period: From: 01/21/2024 To: 02/03/2024
Pay Date: 02/08/2024   Voucher No. 20221

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Salary | MGR | 1,930.00 | | 1,930.00 | | 4,825.00 |
| Bonus | MGR | 1,930.00 | | 1,881.75 | | 1,881.75 |
| **Total Gross Pay** | | | 0.00 | **$3,811.75** | 0.00 | **$7,671.75** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 228.60 | 452.69 |
| Medicare | | | 53.46 | 105.87 |
| Federal | Single - 0 | | 497.36 | 778.49 |
| PA State | Single - 0 | | 113.20 | 224.17 |
| Dillsburg Boro | Single - 0 | | 46.09 | 91.27 |
| PA SUI EE | | | 2.67 | 5.37 |
| Dillsburg B LST | Standard - 0 | | 2.00 | 6.00 |
| **Total Taxes** | | | **943.38** | **1,663.86** |

| Deductions | Type | | Amount | Year-To-Date |
|---|---|---|---|---|
| | Dental Pretax | | 5.73 | 17.37 |
| | Med Pretax | | 116.29 | 344.75 |
| | Tax Levy | | 10.00 | 30.00 |
| | Vision Pretax | | 2.59 | 7.99 |
| | **Total Deductions** | | **134.61** | **400.11** |

| **Net Pay** | | | | **$2,733.76** |
|---|---|---|---|---|

| Direct Deposits | ABA No. | Account No. | | Amount |
|---|---|---|---|---|
| | XXXXX2241 | XXXXXXXXXX4272 | | 2,733.76 |
| | **Total Direct Deposit** | | | **$2,733.76** |

**Important Notes**



**KPV Pennsylvania LLC**
KPV Pennsylvania LLC
555 S Columbus Avenue Ste 203
Mount Vernon, NY 10550
(914) 664-4255

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 72257 | XXX-XX-0853 | 100 | | Salary |

**BRANDY ROHRBAUGH**
42 Camp Ground Road
Dillsburg, PA 17019

Pay Period: From: 01/07/2024 To: 01/20/2024
Pay Date: 01/25/2024  Voucher No. 20036

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Salary | MGR | 1,930.00 | | 965.00 | | 2,895.00 |
| Vacation | MGR | 1,930.00 | | 965.00 | | 965.00 |
| **Total Gross Pay** | | | 0.00 | **$1,930.00** | 0.00 | **$3,860.00** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 111.93 | 224.09 |
| Medicare | | | 26.18 | 52.41 |
| Federal | Single - 0 | | 140.34 | 281.13 |
| PA State | Single - 0 | | 55.43 | 110.97 |
| Dillsburg Boro | Single - 0 | | 22.57 | 45.18 |
| PA SUI EE | | | 1.35 | 2.70 |
| Dillsburg B LST | Standard - 0 | | 2.00 | 4.00 |
| **Total Taxes** | | | **359.80** | **720.48** |

| Deductions | Type | | Amount | Year-To-Date |
|---|---|---|---|---|
| | Dental Pretax | | 5.73 | 11.64 |
| | Med Pretax | | 116.29 | 228.46 |
| | Tax Levy | | 10.00 | 20.00 |
| | Vision Pretax | | 2.59 | 5.40 |
| | **Total Deductions** | | **134.61** | **265.50** |

**Net Pay** $1,435.59

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2241 | XXXXXXXXXX4272 | 1,435.59 |
| | **Total Direct Deposit** | | **$1,435.59** |

**Important Notes**



THIS IS NOT A CHECK

**KPV Pennsylvania LLC**
KPV Pennsylvania LLC
555 S Columbus Avenue Ste 203
Mount Vernon, NY  10550
(914) 664-4255

Pay Period:  From: 12/24/2023 To: 01/06/2024
Pay Date:    01/11/2024    Voucher No.  19868

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 72257 | XXX-XX-0853 | 100 | | Salary |

**BRANDY  ROHRBAUGH**
42 Camp Ground Road
Dillsburg, PA  17019

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Salary | MGR | 1,930.00 | | 1,930.00 | | 1,930.00 |
| **Total Gross Pay** | | | 0.00 | **$1,930.00** | 0.00 | **$1,930.00** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 112.16 | 112.16 |
| Medicare | | | 26.23 | 26.23 |
| Federal | Single - 0 | | 140.79 | 140.79 |
| PA State | Single - 0 | | 55.54 | 55.54 |
| Dillsburg Boro | Single - 0 | | 22.61 | 22.61 |
| PA SUI EE | | | 1.35 | 1.35 |
| Dillsburg B LST | Standard - 0 | | 2.00 | 2.00 |
| **Total Taxes** | | | **360.68** | **360.68** |

| Deductions | Type | Amount | Year-To-Date |
|---|---|---|---|
| | Dental Pretax | 5.91 | 5.91 |
| | Med Pretax | 112.17 | 112.17 |
| | Tax Levy | 10.00 | 10.00 |
| | Vision Pretax | 2.81 | 2.81 |
| | **Total Deductions** | **130.89** | **130.89** |

| **Net Pay** | | | **$1,438.43** |
|---|---|---|---|

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2241 | XXXXXXXXXX4272 | 1,438.43 |
| | **Total Direct Deposit** | | **$1,438.43** |

**Important Notes**

