In re:     Case No. 24-00697-HWV

Brandy Jo Rohrbaugh     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: May 09, 2024     Form ID: ntcnfhrg     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Jo Rohrbaugh, 42 Camp Ground Road, Dillsburg, PA 17019-1501 |
| 5604887 | + | PA turnpike, 400 North Street, Harrisburg, PA 17120-0211 |
| 5604888 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5604892 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5605766 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2024 18:55:21 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5613851 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2024 18:55:25 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5604881 | | Email/Text: ally@ebn.phinsolutions.com | May 09 2024 18:50:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5604882 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2024 18:54:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5614678 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2024 18:55:20 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5604893 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 09 2024 18:50:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5604894 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2024 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5604883 | | Email/Text: LC-Bankruptcy-RF@loancare.net | May 09 2024 18:50:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5604886 | | Email/Text: EBN@Mohela.com | May 09 2024 18:50:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5604884 | | Email/Text: bankruptcy@marinerfinance.com | May 09 2024 18:50:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5604885 | + | Email/Text: Unger@Members1st.org | May 09 2024 18:50:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5604897 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2024 18:50:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5604895 | | Email/Text: fesbank@attorneygeneral.gov | May 09 2024 18:50:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5604889 | | Email/Text: bankruptcynotices@psecu.com | May 09 2024 18:50:00 | PSECU, Attention: Bankruptcy, PO Box 67013, |

| Recip ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Harrisburg, PA 17106-7013 |
| 5604890 | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 18:55:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5604891 | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 18:54:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5604896 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 09 2024 18:50:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5604898 | ^ MEBN | May 09 2024 18:49:13 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5607395 | Email/Text: bankruptcynotification@wellspan.org | May 09 2024 18:50:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Brandy Jo Rohrbaugh jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Brandy Jo Rohrbaugh, | Chapter 13 |
| **Debtor 1** | Case No. 1:24−bk−00697−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 5, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 12, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2024 |

ntcnfhrg (08/21)