UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRANDY JO ROHRBAUGH

CASE NO: 24-00697

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/6/2024, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/6/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRANDY JO ROHRBAUGH

CASE NO: 24-00697

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/6/2024, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/6/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-00697
MIDDLE DISTRICT OF PENNSYLVANIA
THU JUN 6 10-15-27 PST 2024

ALLY BANK  CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U) LAKEVIEW LOAN SERVICING  LLC

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG  PA 17102-1104

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D) ALLY BANK CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL  INC
ATTN BANKRUPTCY
500 WOODWARD AVE
DETROIT  MI 48226-3416

(P) DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LOANCARE  LLC
3637 SENTARA WAY
VIRGINIA BEACH  VA 23452-4262

EXCLUDE

(D) LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH  VA 23452-4262

MARINER FINANCE  LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

MARINER FINANCE  LLC
ATTN BANKRUPTCY
8211 TOWN CENTER DR
NOTTINGHAM  MD 21236-5904

MEMBERS 1ST FCU
ATTN BANKRUPTCY
5000 MARKETPLACE WAY
ENOLA  PA 17025-2431

(P) MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

(P) PENNSYLVANIA OFFICE OF ATTORNEY
GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT
SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

PA TURNPIKE
400 NORTH STREET
HARRISBURG  PA 17120-0211

PSECU
ATTENTION BANKRUPTCY
PO BOX 67013
HARRISBURG  PA 17106-7013

PENN STATE HEALTH
PO BOX 829725
PHILADELPHIA  PA 19182-9725

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

(P) U S  DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG  PA 17108-1754

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG  PA 17102-1104~~

WELLSPAN  HEALTH
P O BOX  15119
YORK  PA 17405-7119

WELLSPAN HEALTH
PO BOX 742688
CINCINNATI  OH 45274-2688


EXCLUDE

~~BRANDY JO ROHRBAUGH~~
~~42 CAMP GROUND ROAD~~
~~DILLSBURG  PA 17019-1501~~

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG  PA 17102-2151~~